JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

IN RE DEBTOR MAARTJE JACOBA INGRID ALIET

Case Nos. 2:26-cv-07631-FLA
2:26-bk-14933-NB

**ORDER DISMISSING APPEAL WITHOUT PREJUDICE [DKT. 7]**

On July 31, 2026, the court Ordered Appellant Maartje Jacoba Ingrid Aliet ("Appellant") to show cause ("OSC") in writing by August 14, 2026, why the appeal should not be dismissed for failure to: (1) pay the Notice of Appeal filing fee, as required under Fed. R. Bankr. P. 8003(a)(3)(C); (2) file a motion for leave to appeal a bankruptcy courts interlocutory order, pursuant to Fed. R. Bankr. P. 8004; and (3) file a statement of the issues, as required under Fed. R. Bankr. P. 8009(a)(1)(B). Dkt. 7. The court advised Appellant that failure to respond timely shall result in the dismissal of the appeal without further notice from the court. *Id.* Appellant did not file a response timely.

Accordingly, the court DISMISSES the subject appeal without prejudice. *See* Fed. R. Civ. P. 41(a)(2). The OSC is DISCHARGED.

IT IS SO ORDERED.

Dated: August 24, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge